**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAUL VILLALON MATOS, | Case No. CV 15-5807-JPR |
| Petitioner, | |
| v. | **J U D G M E N T** |
| M.E. SPEARMAN, Warden, | |
| Respondent. | |

Under the Order Granting Respondent's Motion to Dismiss, Denying Petitioner's Request for a Stay, Denying Petition for Writ of Habeas Corpus Without Prejudice, and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: December 8, 2015

_____
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE